1  TANYA E. MOORE, ESQ. (SBN 206683)
   MOORE LAW FIRM, P.C.
2  332 NORTH SECOND STREET
   SAN JOSE, CA  95112
3  T. 408.298.2000 | F. 408.298.6046
   Email:  tanya@moorelawfirm.com
4
   Attorneys for Plaintiff RONALD MOORE
5

6  TERRY A. WILLS, ESQ. (SBN 133962)
   COOK BROWN, LLP
7  555 CAPITOL MALL, SUITE 425
   SACRAMENTO, CALIFORNIA 95814
8  T. 916.442.3100 | F. 916.442.4227
   Email:  twills@cookbrown.com
9
   Attorneys for Defendants DAVID WILLIAM BOWIE dba
10 RED CARPET CARWASH aka RED CARPET QUICK
   LUBE & OIL; KATHRYN J. BOWIE dba RED CARPET
11 CAR WASH aka RED CARPET QUICK LUBE & OIL;
   KAREN ANN CALKINS dba RED CARPET CAR WASH
12 aka RED CARPET QUICK LUBE & OIL; BOWIE
   ENTERPRISES, a California corporation, dba RED
13 CARPET CAR WASH aka RED CARPET QUICK LUBE
   & OIL; JAMES M. BOWIE, Trustee of the JAMES M.
14 BOWIE 2005 REVOCABLE TRUST dated October 26,
   2005; JAMES M. BOWIE, Trustee of the JAMES M.
15 BOWIE SURVIVOR'S TRUST created by the Bowie
   Family Revocable Trust dated July 31, 1990
16

17

18              UNITED STATES DISTRICT COURT

19              EASTERN DISTRICT OF CALIFORNIA

20

| | |
|---|---|
| RONALD MOORE,<br><br>          Plaintiffs,<br><br>     v.<br><br>DAVID WILLIAM BOWIE dba RED CARPET CARWASH aka RED CARPET QUICK LUBE & OIL; KATHRYN J. BOWIE dba RED CARPET CAR WASH aka RED CARPET QUICK LUBE & OIL; KAREN ANN CALKINS dba RED CARPET CAR WASH aka RED CARPET QUICK LUBE & OIL; BOWIE ENTERPRISES, a California corporation, dba RED CARPET CAR WASH | Case No.  1:14-cv-00515-AWI-GSA<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR ALL DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>(Doc. 12)<br><br>Action Filed:  04/11/14 |

---

**STIPULATION & ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

1

aka RED CARPET QUICK LUBE & OIL; JAMES M. BOWIE, Trustee of the JAMES M. BOWIE 2005 REVOCABLE TRUST dated October 26, 2005; JAMES M. BOWIE, Trustee of the JAMES M. BOWIE SURVIVOR'S TRUST created by the Bowie Family Revocable Trust dated July 31, 1990,

Defendants.

WHEREAS, on May 22, 2014, the parties filed a Stipulation Extending the Time for All Defendants to Respond to the Complaint for a period not to exceed 28-days. Defendants' last day to file and serve a responsive pleading is now June 17, 2014. The parties are engaged in meaningful settlement discussions and request the Court grant an additional fifteen (15) day extension to permit filing a responsive pleading. Granting such an extension will not interfere with court deadlines.

**NOW, THEREFORE, the undersigned parties through their respective counsel stipulate that the time for all Defendants to respond to the Complaint shall be extended to July 2, 2014.**

This stipulation may be executed in counterparts, including by signature transmitted by facsimile or electronically.

*Respectfully submitted,*

DATED: June 16, 2014                MOORE LAW FIRM, P.C.
                                    TANYA E. MOORE, ESQ.


                                    By:____/s/ Tanya M. Moore_____
                                        Attorneys for Plaintiff
                                        RONALD MOORE

///

///

///

///

///

///

DATED: June 16, 2014                COOK BROWN, LLP
                                    TERRY A. WILLS, ESQ.


                                    By:     /s/ Terry A. Wills
                                    Attorneys for Defendants
                                    DAVID WILLIAM BOWIE dba RED
                                    CARPET CARWASH aka RED CARPET
                                    QUICK LUBE & OIL; KATHRYN J.
                                    BOWIE dba RED CARPET CAR WASH
                                    aka RED CARPET QUICK LUBE & OIL;
                                    KAREN ANN CALKINS dba RED
                                    CARPET CAR WASH aka RED CARPET
                                    QUICK LUBE & OIL; BOWIE
                                    ENTERPRISES, a California corporation,
                                    dba RED CARPET CAR WASH aka RED
                                    CARPET QUICK LUBE & OIL; JAMES M.
                                    BOWIE, Trustee of the JAMES M. BOWIE
                                    2005 REVOCABLE TRUST dated October
                                    26, 2005; JAMES M. BOWIE, Trustee of
                                    the JAMES M. BOWIE SURVIVOR'S
                                    TRUST created by the Bowie Family
                                    Revocable Trust dated July 31, 1990

## ORDER

Based on the parties' stipulation set forth above, the Court extends the time for Defendants to respond to Plaintiff's complaint. Accordingly, Defendants shall file their responsive pleading(s) to the complaint on or before July 2, 2014.

IT IS SO ORDERED.

Dated:   **June 17, 2014**            **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE