Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | No. 1:14-cv-00515-AWI-GSA |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION; ORDER** |
| vs. | |
| DAVID WILLIAM BOWIE dba RED CARPET CAR WASH aka RED CARPET QUICK LUBE & OIL, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants David William Bowie, Kathryn J. Bowie, and Karen Ann Calkins all dba Red Carpet Car Wash aka Red Carpet Quick Lube & Oil; Bowie Enterprises, a California corporation, dba Red Carpet Car Wash aka Red Carpet Quick Lube & Oil; James M. Bowie, as Trustee of the James M. Bowie 2005 Revocable Trust dated October 26, 2005, and as Trustee of the James M. Bowie Survivor's Trust created by the Bowie Family Revocable Trust dated July 31, 1990, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Date: July 25, 2014               MOORE LAW FIRM, P.C.

                                  /s/ Tanya E. Moore
                                  Tanya E. Moore
                                  Attorneys for Plaintiff
                                  Ronald Moore

Date: July 24, 2014               COOK BROWN, LLP

                                  /s/ Terry A. Wills
                                  Terry A. Wills
                                  Attorneys for Defendants
                                  David William Bowie, Kathryn J. Bowie,
                                  Karen Ann Calkins all dba Red Carpet
                                  Car Wash aka Red Carpet Quick Lube
                                  & Oil; Bowie Enterprises, a California
                                  corporation, dba Red Carpet Car
                                  Wash aka Red Carpet Quick Lube &
                                  Oil; James M. Bowie, as Trustee of
                                  the James M. Bowie 2005 Revocable
                                  Trust dated October 26, 2005, and as
                                  Trustee of the James M. Bowie
                                  Survivor's Trust created by the Bowie
                                  Family Revocable Trust dated
                                  July 31, 1990

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated:   July 25, 2014                    _____
                                          SENIOR DISTRICT JUDGE